The Oregon State Court Council for Liberty does not provide the time, techniques, and procedures necessary for self-determination or foreclosure. Okay. So, on this case, it is a case in which the judge will be addressing primarily whether the 104-year-old has to own a suit that considers the need to defend himself in the future. So, I'm sorry to interrupt. This is Court Rock Colford, Real Estate. The pre-trial question I'm supposed to answer is whether a 104-year request for information by the judge is a suit that triggers the need to defend under a new 17th Amendment police policy. Do you think? Very good answer. So, I want you to tell me how you're going to answer that question. Sorry. Yes. In both cases, actually, excuse me. It's not over. How much of your case are you going to recognize it's just an important court decision or a decent decision? If it's most efficient, whether or not it's necessary to keep the court in the country where the battles will follow. If it was an impact in terms of universal suffrage, for example. So, I'm sorry to interrupt. Yes. I have a hard time understanding the necessity of this decision. I think it's one of the most important court matters in the world. It's difficult to be sensitive about it. I have difficulty in a lot of ways. I can't make sense of it. In both cases. In my case, I'll say it's not a problem. To me, it might not be a problem. So, I would say I don't believe you. Well, I don't. Well, something that's actually useful to me is your argument. I think that this is a huge step in the right direction. We also have a legislation that was not created to be able to make some responsive work. It's something that I could see in the strategy to make some use of. So, I'm only applying it because it's one of more than that. If it was one of two cases, it's so much to create some mapping about the potential responsible model that we're supposed to be doing. So, if it's just a combination of the two, it's one of more than that. So, I'll tell you why it's important. It's deep into the question of what you can do. And that's the right question. The reason why it's important is under 50-plus years or in the state courts, three-court jurisdiction, that occurs for at least a juror, a probate, and a top-up. A judge's defense only triggered as a charging document. In fact, we've added in that judgment. We did a fourth one without considering any outside factors. Most jurors do these things under the policy day-to-day. It's our understanding. So, for sure. What I'm saying, I think, is interesting. It's not that the court has been intentionally applying it. That's alleged in a long-form defense. That was not used in a court of law. It was announced. It's covered by an allegations continuum. Maybe in the fourth one. So, it's up to you. Let me tell you why it's important. Whether I like it or not, it's perhaps stated in the name of the state's jurisdiction, and we want to avoid it, whether it's a suit of law or a court of law. So, what do I do with that? I think that's a good answer. So, in fact, question three already is pretty important. The reason why it's important is there's a 48-night circuit case that answers the question of laws. What you're asking us to do is to serve a question in order to reward you so that you can get the opposite answer. And we can't serve other questions. So, it's important for us to create a case that works well in order to answer your questions. And what's good about that is we can try to make a decision, a universal decision, in the interest of others, thereby creating an excellent circuit system within which the government is going to assess you, help you more, and pay for you by investing in your law clients and companies and other relevant people. Because if all those issues add up too much, you end up with states and boxes. You have a situation where the existence or the contribution of the organs to the court of law would be radically corrected. Is there any theory that the organs that are not assigned do not contribute to the court of law? No. So, your argument is really that the organs that are not assigned do not contribute to the court of law? No. So, what do you think? Well, that's not the case. It depends. But we're going to hold the mic up here. I'm sorry. Thank you, Mike. Please, go ahead. It's fine. You may be familiar with this. I'm just going to take you to the right file. So, here's something. We are, obviously, exempt from the proposition that under a certain law, we're going to follow by ourselves under a certain condition through which state design is considered. So, it's all at once. It's a real problem. It's at the end of the day, it's just a case of violation of the law. If you would, I'm sorry, I'm just going to stop this. I don't know how to do this. You know, if you look at a certain case, I'm just going to stop. I'm just going to question you on that. I'm going to say a couple things about the law. If you genuinely believe, I'm just going to get rid of this figure, that there is a law for exemption if you get yourself to the decision of this law. If not, you can leave it on.  you are exempt from the court of law. I'm just going to explain to you that we have the authority to question you if you change your mind about the case. So, we can ask a lot of questions, a lot of problems, because all we can see is a community that needs a certain amount of money to grow. Well, at least not right now. There's a joint case called the Greenbar-Hoff case, and we can see that it's a New York Supreme Court science decision. The case says we're exempt from the court of law if you choose to follow the rules of the process. It would be very well if you accepted that when you were supposed to. It is the final result of the New York law. And in that case, what that means is the New York Supreme Court can only change the result of the Supreme Court decision. The law in that scenario is you can have a meeting and the audience can go to the Supreme Court. That is the law. As to the interpretation of the statute, it is the law. So, when that comes back, if you feel you need to report it off to an unmarked panel to accept that determination that you were so bigoted about the New York Supreme Court that you were solicited to allow a decision that you think may be wrong, that the audience of the Supreme Court which you are a part of should produce a copy of the law and make it unlawful. Sure, of course. I called the police and I'm sure you just noticed it's wrong. Please. By the way, I said that I ran for assumption that the Supreme Court would not sue the New York Supreme Court for a criminal offense. I don't know why I'm not aware of the court's outside. But I'm being asked to do this. So, I'm going to go first and get it in here. I'm going to use these words of service to make some conclusions for a certain number of issues. It's not a question to say that the New York Supreme Court is exactly all that it's best to say that the New York Supreme Court is a bigot or a bigot here um whether he does this now questions what they did were those reasonable uses for justice and yet not always say anything as facts then there are some states that say somebody needs their indemnity alright so my question for you is if the argument in this case was reasonable what do we know about it what do we expect from the prosecutors and the police to do to help people get on their way to justice so the actual question is whether there is a reasonable question as to what falls within the scope of the rule of law do you know what the actual legal argument is that you should have a ruling that says what falls within the scope of the rule of law is correct or incorrect well I think there is a reasonable question and I don't appreciate the fact that we're not under the control of the law and we can't do this  way there is no reasonable question as to what falls within the scope of the rule of law so I don't appreciate the reason that you are asking me to address it and now it's your responsibility as a president that you are pleased to address it and you are pleased to address it and you start           this way there is no reasonable question as to what falls within the scope of the rule of law and the  is whether it's needed or not  I don't believe in the question as to whether it's needed or not and I don't believe in  to get out early was relatively narrow in structure and essentially by the end of the semester. But you must be able to get out early because you surely want to be able to get out if you can get in there on time until the students leave the building. You know? I think there's a great distinction between what the policy policy is and what you should do. And I think that's just a matter of trying to actually do the same thing and actually get out early. Is there some? I'm sure that there is. One more question I want to see is a question as to what are the things we have to do in getting ready for these cases? So let's look at the next one, please. As engineering returns to course, as some course creates the stages between cost of employment, poverty, and co-morbidity, it will appear that it costs a reasonable amount of money. Because that part of it should be paid for students to go to school. So correct me if I'm wrong here, Carlos. I think it's something we need to do. Hopefully I didn't answer the question too long. Yes. To be safe. to be safe. The majority of cases say they've been PRPed, which could be PRPed in California's case even though our citizens do not have an interpretation of Oregon law in which it was ordered. I'm going to pause right here on that point. I'm going to continue. Well, I'm going to first say this is normally what I would say in a case like this. When we got imposed into the emergency system, we were in this emergency system since the beginning of the pandemic. What applies, what would be certified is whether or not we have, you know, the steps that it requires. We had, I guess I have it, but I'm not going to share it. However, we had more of the steps that it's supposed to require. We got more of the steps. So, you know, this is where we want to make sure we're safe. I'm going to pause about a second. I'm going to pause. I'm going to pause. So, to answer your question, which is in the 40 letter, it's assumed, why isn't the insurer's obligation related to what you do in responding to the 40 letter as closely in preparation for the inevitable victim? Well, this is here. It's self-processed data. So, what we did in the period of August of 2016, 2006, it's in the record, the year before this, we were all working. So, there was a threat from the lower level, specifically the EPA, who had been charged with investigation and investigation of drug harvest and consumption. They sent us off and said, you are in charge. And, as you know, this is totally great. We received over 80 million dollars in dollars and compensation. There was a total agreement from the insurer, and that was due to the fact that we were responsible for the use of drugs. Good question. That's the same thing to this. It is, and if you are going to come to that side, fast forward, in your communicable past, you must read a chapter or two past and say, the latest chapter on weighting, we have the convening targets to the controlled agency that will resolve every one of those. One week later, you get the final target, and that is on the EPA. So, the EPA's sponsor, CDC, will look at those and file charges, and we'll look at that, and we'll look at them and say, well, how does that work? That's the way it works. That's the structure of the trust. But that's really the goal. It's something I'm proud of. I'm proud of the mission. It was my goal to do it together. So, we have the one authority. It goes off to the contact group. You have access to, you know, a call, or you're on a phone, you respond to a call, everybody will support each other. It's not the trust fund. It's not. This is the CSF. This is the CSF. You're ready for a walk-in. I'll see you then. I'll call. Okay. We'll be right back. So, I'm wondering if there's just two simple things that you did in each of the missions. One is join the San Juan Mission. Go right now. Then there's two more projects that are going to be thrown. I don't know if it's going to be tourism, but it's going to be tourism. It's going to be tourism. And then, this is the question we take. What's the choice of the missions? It's based on social. It's based on sports sense. If you're on the mission, you're not making those questions on the mission. It's not a matter of the model you're in. It's not a matter of that model's sport sense. If you are in a project such as this one, it's called a team rating. It works off social health. Open social media is gastro-materialistic. So, there is going to beনিপিতা. Yes, this precursor of phones. Those are the one of the responses that are available to make sure that these telecasters don't get disconnected. Of course, it's going to be based on privacy. So, it's going to be possible. So, it's going to be possible to have telecasters just like these. So, it's going to be the same process that's going to be different than what we're used to. I think the best proof can be found by trustees and consultants and others is that I have a strong relationship with social media. We've seen a lot of these things. And I really believe that it's something that has a great impact. There are a lot of times that some of us don't want to use it. It's a problem. It's a social issue. Do you create a material that is constantly being used? Yes. For example, I've only used it for since we adopted the standards for the energy use. So, if you go over the first look at the process, I'm interested in what it's going to look like. Okay. I don't have a lot of respect for the data. It's the energy standard. One concern to me is  that you're going to use it for a reasonable reason? We're not going to tell people we're MRIs, we're not going to test the surgery       that's going to be out in the next couple of months, and we're going to have to set up a special curriculum that's going to be used in one of the tests and we're going to try to adjust it to help out the community in some cases and hopefully, we're going to have a shortage of people and that's what we've decided to do. Of course, the PCI process  over time to the state of Wisconsin and it's also a burden on the state of Oregon now that we actually have a good experience in the state of Oregon and so a lot of areas in the state of Wisconsin do still have the service that we have and that's what we're trying to do is better the education in a lot of areas in the state and that's why we've chosen Wisconsin as one of our schools or Ohio State but at the end of it in the state number of students in Wisconsin is so many of us it would be disheartening to know that that's a set of challenges that we need to address so that education can be saved by education yes that's also a challenge that we have to overcome and we would like to see that and that's why we're trying to do better education in the state of Wisconsin and also in the state of Ohio so that we can do better education in the state of Wisconsin so  we  do  education in the state of Wisconsin so that we can do better education in the state of Wisconsin so that we can do better education in the  of Wisconsin so that we      very much I just want to share with you one lesson for you in advance of this project that we are going to be doing in the next couple of weeks. So I next couple of weeks.  want to share with
judges: Goodwin, Tallman, Hurwitz